Commonwealth *v.* Selvy, Appellant.

Argued September 10, 1969. *Stanley M. Schwarz,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard M. Bockol,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Singleton, Appellant.

Submitted September 10, 1969. *Henry L. Menin,* Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.